August 22, 2019

Clerk of the Court

FILED

AUG 26 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

As we recently discussed, please exchange the enclosed face page for the original.

The only change is a correction to the email address from bobimmerman@usa.com to bobzimmerman@usa.com.

This typo was detected by counsel for Facebook and corrected in their copy by them.

Thank you.

Robert Zimmerman

# UNITED STATES DISTRICT COURT
# IN THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL ACTION NO:_____

Robert Zimmerman
329 Sandpiper Lane
Hampstead, NC  28443
Tel # 910-232-8990
Email: bobzimmerman@usa.com

| | | |
|---|---|---|
| Robert Zimmerman, and | ) | |
| Uxor Press | ) | |
|     Plaintiffs, | ) | |
| | ) | |
|     v. | ) | COMPLAINT |
| | ) | |
| | ) | |
| Facebook, Inc., | ) | WITH JURY TRIAL DEMAND |
| Mark Zuckerberg, | ) | |
| Sheryl Sandberg, | ) | |
| John and Jane Does | ) | |
| | ) | |
|     Defendants. | ) | |

1