UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT ZIMMERMAN, and UXOR PRESS<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, SHERYL SANDBERG, JOHN and JANE DOES<br><br>Defendants. | CASE NO. 3:19-CV-04591-VC<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND STAY DEADLINE FOR CASE MANAGEMENT STATEMENT PENDING DISPOSITIVE MOTION TO DISMISS<br><br>Judge:  Hon. Vince Chhabria<br>Courtroom 4, 17th Floor |

# [PROPOSED] ORDER

Having reviewed the Defendants' Administrative Motion to Continue Initial Case Management Conference and Stay Deadline for Case Management Statement Pending Dispositive Motion to Dismiss and the papers and records on file in this action, and good cause appearing, IT IS HEREBY ORDERED that:

1. The Initial Case Management Conference shall be continued to ~~at least 13 days after the Court issues an Order resolving Facebook's Motion to Dismiss First Amended Complaint.~~ October 27, 2020 at 2 p.m. via zoom.

2. The parties' Case Management Statement shall be due ~~5~~ 7 days prior to the Initial Case Management Conference.

**IT IS SO ORDERED.**

DATED: September 15, 2020

GRANTED
Judge Vince Chhabria

THE HONORABLE VINCE CHHABRIA.
UNITED STATES DISTRICT COURT JUDGE

1