UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ZIMMERMAN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>FACEBOOK, INC., et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-04591-VC<br><br>**ORDER RE REQUEST FOR CASE STATUS**<br><br>Re: Dkt. No. 64 |

This case is currently stayed pending adjudication or resolution of the MDL. *See* Dkt. Nos. 47; 61; *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, Case No. 18-md-2843-VC. That case is currently stayed while the parties finalize a settlement agreement due on December 16, 2022. As previously explained in the order on the motion to dismiss, if a class is certified in that case, the plaintiffs "will have a chance to opt out of the class and pursue their claims on their own." Dkt. No. 47 at 5. If they choose to do so, "the plaintiffs may move to lift the stay in this case and proceed on their individual privacy claims" after the lead case is adjudicated or otherwise resolved. *Id.*

**IT IS SO ORDERED.**

Dated: November 17, 2022

_____
VINCE CHHABRIA
United States District Judge