April 17, 2023



## Case Nos. 18-md-02843-VC, 19-cv-04591-VC (Plaintiffs Complaint)

To: The Honorable Vince Chhabria, Presiding Judge

From: Plaintiffs Robert Zimmerman and Uxor Press

Re: Request to Opt-Out From Proposed Class Action Settlement

I believe you have observed that there is nothing averse to Plaintiffs in the settlement agreement.

That being so, please accept this letter motion respectfully requesting that Plaintiffs be dismissed from the proposed settlement of the above-captioned cases.

Respectfully submitted this 17th day of April by Plaintiffs Robert Zimmerman and Uxor Press.

_____

Robert Zimmerman for Himself and Uxor Press

p.s. Opt-Out Form Submitted same date to Settlement Administrator

### CERTIFICATE OF SERVICE

This certifies that a true and correct copy of the foregoing letter was duly mailed to Ms. Deborah Stein as attorney for the Facebook Defendants c/o Gibson Dunn, 333 S. Grand Avenue, Los Angeles, CA 90071 by first class mail on April 17, 2023.

Submitted by Plaintiff Robert Zimmerman and Uxor Press

_____

1

Zimmerman
329 Sandpiper Lane
Hampstead, NC 28443

CHARLOTTE NC 280
15 APR 2023 PM 5 L

The Honorable Vince Chhabria
U.S. District Court
450 Golden Gate Ave.
Box 36060 / Courtroom 4, 17th fl.
San Francisco, CA
94102-3489

RECEIVED
APR 20 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9410 2-366199